IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ZERO TOLERANCE ENTERTAINMENT, INC. )<br>9035 Independence Ave. )<br>Canoga Park, CA 91304 )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　v. )<br>　　　　　　　　　　　　　　　　　　　　　)<br>DOES 1 – 9 )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　Defendants. ) | Civil Action No. 3:12-cv-347 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)
AND FINAL STATUS REPORT**

Plaintiff dismisses without prejudice the following Doe defendants from the above identified action pursuant to Fed. R. Civ. P. 41(a): 1, 2, 5, 6, 7, 8, 9.

For the purpose of clarity, Plaintiff states that earlier today John Doe 3 (without prejudice) and John Doe 4 (with prejudice) were dismissed. Thus, with this filing, all other defendants have now been dismissed without prejudice and no defendants remain in this case.

Plaintiff hereby reports to the Court that with the filing of this Document, all defendants have now been dismissed, and no defendants remain in this case.

Respectfully submitted this 8th day of December, 2012.

　　　　　　　　　　　　　　　　　　FOR THE PLAINTIFF:

　　　　　　　　　　　By:　　/s/ Mike Meier
　　　　　　　　　　　　　　　Mike Meier (D.C. Bar #444132)
　　　　　　　　　　　　　　　N.D. Florida: Practice limited to federal law.
　　　　　　　　　　　　　　　The Copyright Law Group, PLLC
　　　　　　　　　　　　　　　4000 Legato Road, Suite 1100
　　　　　　　　　　　　　　　Fairfax, VA 22033
　　　　　　　　　　　　　　　Phone: (888) 407-6770
　　　　　　　　　　　　　　　Fax: (703) 546-4990
　　　　　　　　　　　　　　　Email:
　　　　　　　　　　　　　　　mike.meier.esq@copyrightdefenselawyer.com

1

ATTORNEY FOR PLAINTIFF