IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ZERO TOLERANCE ENTERTAINMENT, INC.,

    Plaintiff,

v.                                     CASE NO.  3:12cv347-RH/CJK

DOES 1-9,

    Defendants.

_____/

## ORDER CLOSING THE FILE

The plaintiff has filed notices voluntarily dismissing the defendant Doe 3 with prejudice and voluntarily dismissing the other defendants without prejudice. ECF Nos. 11, 12, and 13.  Together, the notices are effective to dismiss the entire case, without an order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).  Accordingly, the clerk must close the file.

    SO ORDERED on December 12, 2012.

                                                s/Robert L. Hinkle
                                               United States District Judge